IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| FELIX GARCIA, Individually and on Behalf of All Others Similarly Situated,   *Plaintiff,*  V.  WILLOW CREEK COMPANIES, LLC,   *Defendant.* | § § § § § § § § | NO. PE:19-CV-00005 DC |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Joint Stipulation of Dismissal With Prejudice (Doc. 12) filed January 7, 2020.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 14th day of January, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE